Tippecanoe Superior Court 1

| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR 1 |
|---|---|---|
| | )SS: | |
| COUNTY OF TIPPECANOE) | | SITTING IN LAFAYETTE, INDIANA |

BRIAN KEARNEY          )
    Plaintiff,          )
                )
-vs-          )          Cause No: 79D01-2102-CT-
                )
MENARDS, INC.          )
    Defendant.          )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

       Comes now the Plaintiff, Brian Kearney, by counsel, Christopher P. Phillips, of

Phillips Law Office, P.C., and for his cause of action against the Defendant, Menards,

Inc., alleges and states as follows:

       1.     At all relevant times herein, Brian Kearney (hereinafter "Kearney") was a

resident of Monticello, White County, Indiana.

       2.     At all relevant times herein, Menards, Inc. (hereinafter "Menards") was a

foreign, for-profit, business duly registered to conduct business in the State of Indiana.

       3.     At all relevant times herein, Menards had a registered agent within the

State of Indiana of THE PRENTICE-HALL CORPORATION SYSTEM INC., located at

135 North Pennsylvania Street, Suite 1610, Indianapolis, Marion County, Indiana, 46204.

       4.     At all relevant times herein, Kearney was involved in an incident at

Menard's, 2850 S. Creasy Lane, Lafayette, Tippecanoe County, Indiana on or about April

17, 2020.

EXHIBIT A

## COUNT I
## NEGLIGENCE/RECKLESSNESS

Comes now the Plaintiff, Brian Kearney, by counsel, Christopher P. Phillips, of Phillips Law Office, P.C., and for Count 1 of his cause of action against the Defendant, Menards, Inc., alleges and states as follows:

5.     Plaintiff incorporates by reference the allegations made in rhetorical paragraphs one through four (1-4) above, including sub-parts, as paragraph five (5) of Count I.

6.     On or about April 17, 2020, Kearney was a business invitee and/or customer upon the premises of Menards in Lafayette, Indiana.

7.     At all relevant times herein, Kearney was shopping within the confines of Menards in Lafayette, Indiana.

8.     At all relevant times herein, while Kearney was shopping, Kearney tripped and fell over a banded strap and/or strap, located in the middle of the floor on the Menards in Lafayette, Indiana.

9.     At all relevant times herein, Kearney was shopping within the areas reasonably expected to be visited and/or frequented by business invitees and/or customers of Menards in Lafayette, Indiana.

10.     At all relevant times herein, Kearney was lawfully located within the premises of Menards in Lafayette, Indiana.

11.     At all relevant times herein, Menards owed a duty to Kearney, as a business invitee and/or customer, to maintain the premises in a safe and reasonable manner. Notwithstanding, Menards breached their duty to Kearney in one or more of the following respects:

A.     Menards maintained their premises in an unsafe and unreasonable manner and/or state;

B.     Menards failed to remove known hazards and/or dangers from their premises;

C.     Menards failed to adequately take measures to ensure the safety and well-being of business invitees upon their premises;

D.     Menards failed to warn business invitees and/or customers located upon their premises of known hazards and/or dangers;

E.     Menards failed to properly train their employees and/or agents and/or contractors and/or those working for the benefit of Menards, who were located upon the premises of Menards;

F.     Menards failed to properly and reasonably inspect the premises to uncover and/or become aware of hazards and/or dangers present upon their premises;

G.     Menards failed to take any reasonable actions to ensure the safety of business invitees and/or customers present upon their premises; and

H.     Menards failed to use the same due care and/or caution that a reasonably prudent person would have used under the same or substantially similar circumstances.

12.     As a direct and proximate result of Menards negligence, carelessness, and reckless disregard for the safety of business invitees and/or customers, Menards allowed an unsafe hazard and/or danger to be present upon the normal areas of egress and ingress and/or expected areas to be frequented by business invitees and/or customers, such as Kearney.

3

13.  As a direct and proximate result of the subject incident occasioned by Menards negligence, carelessness, and reckless disregard for the safety of business invitees and/or customers, Kearney sustained permanent and severe personal injuries; incurred and will incur hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will continue to suffer physical pain, mental suffering, terror, fright, humiliation, and loss of enjoyment of life; and incurred other injuries and damages of a personal and pecuniary nature, including, but not limited to, loss wages, pain and suffering, loss of future earning capacity, medical bills and temporary and permanent disability.

WHEREFORE, Plaintiff, Brian Kearney, by counsel, Christopher P. Phillips, of Phillips Law Office, P.C., prays for judgment against the Defendant, Menards, in an amount sufficient to compensate him for his damages and injuries, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

**Phillips Law Office, P.C.**

/s/ Christopher P. Phillips
Christopher P. Phillips, #30079-64
Attorney for Plaintiff
103 South Main Street, Suite A
Monticello, IN 47960
(574) 240-1082 (tele.)
(574) 583-0519 (fax.)
Christopher.phillipslaw@gmai.com

4

## **JURY DEMAND**

Comes now the Plaintiff, by counsel, and hereby demands a trial by jury on all issues presented by way of this litigation.

/s/ Christopher P. Phillips
Christopher P. Phillips, #30079-64
Attorney for Plaintiff